# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2952

_____

United States of America

*Plaintiff - Appellee*

v.

Christin Isaiah Barnes, also known as Christin Barnes-Sewell, also known as
Christin Sewell-Barnes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: March 18, 2018
Filed: March 22, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Christin Barnes directly appeals after he pleaded guilty to methamphetamine distribution offenses, and the district court[1] sentenced him below the calculated Guidelines range. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), suggesting that the sentence is substantively unreasonable. After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. See United States v. Salazar-Aleman, 741 F.3d 878, 881 (8th Cir. 2013) (discussing appellate review of sentencing decisions); see also United States v. Torres-Ojeda, 829 F.3d 1027, 1030 (8th Cir. 2016) (where defendant was sentenced below advisory Guidelines range, it is nearly inconceivable that district court abused its discretion in not varying downward still further).

Having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.

-2-